# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1675

_____

Mark Anthony Gladney,                         *
                                              *
                    Appellant,                *
                                              *
        v.                                    *
                                              *   Appeal from the United States
Hilton Frontenac Hotel,                       *   District Court for the Eastern
St. Louis Hotel,                              *   District of Missouri.
                                              *
                    Appellee,                 *        [UNPUBLISHED]
                                              *
Phyllis Kennedy, Human Resources              *
Director; Tom Barton, Chef; Dennis            *
Shelton, General Manager,                     *
                                              *
                    Defendants.               *

_____

Submitted: December 7, 2004
     Filed:   December 10, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Mark Anthony Gladney appeals the district court's[*] adverse grant of summary judgment in favor of Hilton Frontenac Hotel and dismissing Gladney's employment-discrimination and retaliation action. Having carefully reviewed the record, we conclude the judgment was proper for the reasons stated by the district court. Thus, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____

_____

[*]The Honorable Henry Edward Autrey, United States District Judge for the Eastern District of Missouri.